IN THE UNITED STATES DISTRICT COURT

CLERK
US DISTRICT & BANKRUPTCY
COURTS FOR DC

DISTRICT OF COLUMBIA

WASHINGTON, DC

Case: 1:23-cv-02329 JURY DEMAND
Assigned To : Cobb, Jia M.
Assign. Date : 8/1/2023
Description: Pro Se Gen. Civ. (F-DECK)

Janet Hill (Pro Se)
543 Auburn Avenue
Atlanta, GA 30312

**Plaintiff,**

v.

**WON SUK SEO**
**SUSAN PROPERTY MANAGEMENT**
**FOREIGN ENTITY**
**3300 STONEHAM**
**DULUTH, GA 30_____**

Case No. _____

**CHRIS YORK**
**FOREIGN ENTITY**
**YORK GASKILL**
**1815 SATELLITE**
**SUITE 404**
**DULUTH, GA 3_____**

**VERIFIED COMPLAINT – JURY TRIAL**
**(Fed Rule 38)**

SECTION 1983, FEDERAL QUESTION,
FRAUD, SLANDER, THEFT, EVIDENCE
TAMPERING, MALICIOUS LITIGATION,
THEFT, VIOLATION PERMANENT
INJUNCTION, VIOLATION FDCPA,
FALSE IMPRISONMENT, TRESPASS,
STALKING, FOREIGN ENTITY (28 USC
1664) JURY TRIAL

**NANCY MAU**
**FOREIGN ENTITY**
**136 PRYOR STREET**
**ATLANTA, GA 30303**

**DANIEL SEO**
**FOREIGN ENTITY**
**VIRTUAL PROPERTIES REALTY**
**2750 PREMIER PKWY**
**SUITE 200**
**DULUTH, GA 30097**

RECEIVED
2023 AUG 12 P 1:55
CLERK
US DISTRICT & BANKRUPTCY
COURTS FOR DC

**JEFFERY DANIELS**
**FOREIGN ENTITY**
**1230 PEACHTREE STREET**
**PROMENADE II**
**SUITE 1900**
**ATLANTA, GA 30309**

Code of laws/rules 12 RULES OF JUDICIAL ADMINISTRATION Rule 12. Public Access to Judicial Records 12.1
Policy. The purpose of this rule is to provide public access to information in the judiciary consistent with the
mandates of the United States Constitution that the public interests are best served by open courts and by an
independent judiciary. The rule should be liberally construed to achieve its purpose.

**WANDA ADAMS**
**FOREIGN ENTITY**
**16030 S. 47ᵗʰ**
**PHOENIZ, AZ 85048**

_____
            **Defendant.**

## VERIFIED COMPLAINT FOR JURY TRIAL ON ALL CLAIMS FOR RELIEF AND PLAINTIFF SEEKING REMOVAL TO THIS COURT  28 USC CIVIL RIGHTS STATUTES AND INJUNCTION

**JURY TRIAL (Fed Rule 38), SECTION 1983, FEDERAL QUESTION, FRAUD, SLANDER, THEFT, EVIDENCE TAMPERING, FRAUD, MALICIOUS LITIGATION, THEFT, VIOLATION PERMANENT INJUNCTION 11 USC 524 (a)(2), VIOLATION FDCPA, UNLAWFUL DETAINMENT,  FALSE IMPRISONMENT,  RULE 60(b) TRESPASS, VOID ORDER, STALKING, FOREIGN ENTITY (28 USC 1664)**

Plaintiff, Janet Hill Pro Se, whose identity is stolen and used in false claims as the alleged Defendant in the state of Georgia courts, seeks relief by motion to set aside and removal and injunction from this United States District court. Plaintiff also exercises relief under 28 USC 1442 (a)(1)(2)(3) by jury trial where fair and safe trial is blocked by threats, bias, discrimination, abuse, admitted stalking for pay, intimidation and oppression in the federal court in the state of Georgia and by Defendants systemic scheme of fraud, forgery, serial recused judges and support for malicious litigation in the lower magistrate court.   Defendants including Judge Mau are all foreign entity(s), corporations doing business as title 22 cfr 92.31, 92.12-92 as alleged bonded officers in the lower court and title 22 USC chapter 11 (forfeiting relationship and interovures) which identities all court officers as foreign agents in the state of Georgia.  Pursuant to Federal Rule, 38 a private citizen **has a birth right** to a trial by jury. [1]

_____

[1] Rule 38 (a) RIGHT PRESERVED. The right of trial by jury as declared by the Seventh Amendment to the Constitution—or as provided by a federal statute—is preserved to the parties inviolate.

Defendants' most recent actions stem from favors from a disqualified judge, resulting in Plaintiff timely filing consolidated motion to stay, motion to set aside motion to recuse, July 18, 2023 amended July 18, 2023.

Judge Mau used her privilege to breach the law knowing there was no oath of office and no bond at the time of a hearing and subsequent orders July 17, 2023 in the lower court.

Judge Mau, oath of office expired and there is no bond on file in the state of Georgia, Fulton County.   Judge Mau nor any judicial officers or the clerk of courts in the state of Georgia contest this fact.   Judges orders and Defendant claims, all of them are void as a matter of law.

Plaintiff jury trial has been withheld and held hostage by thieves, foreign entity(s) who maliciously strong arm, threaten, bully, intimidate and oppress Plaintiff full access to legal and civil and due process rights.

Defendants have admitted to its malicious litigation, misconduct and breach of legal procedure against the Plaintiff with assistance from alleged officers of the courts and third party non interested party(s) additional (foreign entity(s)) admitting to "paying a lot of money" to terrorize Plaintiff to carry out Defendant elaborate scam of forgery, theft of Plaintiff private property and theft of personal assets under the color of law.   Where there is fraud, lack of jurisdiction or new information, this case can be reopened at any time.

Defendants are assisted by state corporators and agents who delay, deny obstruct discovery or did **not** produce documents.  Doing so would expose Defendants' fraud and lack of standing legal and jurisdiction of corporate bonded agents.

Plaintiff vigorously denies Defendant and the magistrate court having the power to steal her property and assets.

Plaintiff asserts a reminder to this court that fraud vitiates everything.

*There is no question of the general doctrine that fraud vitiates the most solemn contracts, documents, and even judgments... United States v Throckmorton.*

**JURISDICTION**

1.  Plaintiff asserts incorporators/Defendants are purported to do business in multiple jurisdictions and subject to 28 USC 23.6. This district court has proper jurisdiction over the subject matter and party(s) for removal, 28 U.S. Code § 1442 - Removal of civil actions.

2.  Rule 60 (b) and Georgia law is the motion to set aside can be filed at any time based on (1) fraud (2) lack of jurisdiction (3) new evidence.

3.  Defendant fraud is so egregious Plaintiff who is a senior, seeks relief from this district court who fears for her life and the protection of the public where officers of the court, threaten, intimidate, taunt, terrorize, aadmit to fraud, admit to deception to the court, recruit assistance from the court and co-conspirations to deflect from its devious, malicious plan to use Plaintiff identity, property, assets, witnesses, consumer exploitation and known misconduct to circulate over $700,000 in cash and counterfeit goods utilizing forged documents, government forms and government personnel to obtain stolen goods and to also bar Plaintiff from her rights to a jury trial.

4.  New information, errors and federal questions relate to the third case 22ed245190 (third fraud case), its orders, evidence or lack there of and the admission of fraud in the lower court in the state of Georgia, Fulton Count and related cases 22ed_____(first fraud case), 223d236227 (second fraud case), **pursuant to 28 usc 1442).**

**FACTS**

5.      Plaintiff asserts, there is new evidence, errors, lack of jurisdiction and federal
questions originating from the state of Georgia Fulton County, Magistrate count cases
and multiple related cases where orders are in favor of Plaintiff whereby no jurisdiction
was ever disclosed and due process is systemically suppressed.  Even with the order(s) in
Plaintiff favor, Defendants received favors of the courts and officers of the courts to file
a third false claim to bypass an appeal, creating res judicata as a cover up to Defendants
knowledge of fraud and knowing they were time barred years ago and under estoppel of
a federal injunction.  **See Exhibit A – October 26, 2022, case dismissed in favor of
Plaintiff.   Exhibit B - January 6, 2023 order, no evidence of a contract, order in
favor of Plaintiff.**

6.      Plaintiff asserts new evidence, where Defendant actions involves a pattern of offenses
to also include other property owners (the public) and years long history of legal abuse
on the part of Defendants and insiders in the state and federal courts in Georgia.  (Exhibit
C – Other Dismissal of same false claim, different Defendant). The record is replete with
evidence that officers and bonded agents of the courts are acting improperly with known
evil intent to award alleged corporate bar members Plaintiff property and Plaintiff assets
to the alleged Defendant agents./corporate insiders employing secrecy, evidence
tampering and violation of court rules, misinterpretation of law, unjust enrichment and
statue required under their oath of offices.

7.      Plaintiff asserts new evidence, that bar numbers and judicial officers engage in fraud
schemes to bring dishonor to the court while acting under the color of law.

8.   Plaintiff asserts new evidence where all evidence has been spoiled, documents tampered
     which necessitates filing for relief in this honorable court under 42 USC code statutes
     and rule of law.  Plaintiff asserts once again this court has jurisdiction and authority 28
     USC 1442 (A)(1)(2)(3)(6).

9.    Plaintiff asserts new evidence is where Defendants, (who are Plaintiff in the lower
      court case) have no standing, has caused significant harm to Plaintiff by dismissal,
      denial, delayed, overlooked Plaintiff counter claims by bias, prejudice, oppression by
      Judge Brooks and Judge Mau without statute.   Exhibit F – Order October 26, 2022 in
      favor of Plaintiff (silent on Counter Claim).  Exhibit G – Order July 17, 2023 from
      disqualified judge, refences Counter Claim dismissed, without authority or statute under
      breach of recused Judge Mau and recused Judge Brooks.   Plaintiff has suffered injuries
      well over $15,000 recoverable and affirmed by Georgia court of appeals. [2]

10.    Plaintiff asserts new evidence where Defendants failed to disclose corporate
       documents a duty under 26 usc (a)(1) to **disclose** corporate bylaws, affiliations, and
       articles of incorporation, which they have **never** done.

11.    Plaintiff asserts the lower court under Georgia law has no jurisdiction over any matter
       of private property and personal assets of the Plaintiff specific where the lower court

---

[2] Georgia Court of Appeals has held that the magistrate court does not have jurisdiction to hear a tenant's counterclaims, whether sounding in contract or tort, where the tenant is seeking more than $15,000 – even though the claims are raised in a dispossessory proceeding and arise in the context of the landlord-tenant relationship, because those claims are treated as "Section 5" claims.[1] *Smith v. Bell*, 346 Ga. App. 152, 156, 816 S.E.2d 698, 702 (2018). *See also WPD Center, LLC v. Watershed, Inc.*, 330 Ga. App. 289, 290, 765 S.E.2d 531 (2014) (holding the magistrate court lacked jurisdiction to consider counterclaims in a dispossessory proceeding where the counterclaims exceeded the jurisdictional limitation for magistrate court). For example, in *Roney v. Wright*, the landlord filed a dispossessory action in magistrate court, and the tenant asserted counterclaims against the landlord for slander, wrongful eviction, punitive damages, lost wages, physical and mental distress, and attorneys' fees in an amount greater than $15,000. 362 Ga. App. 714, 715, 870 S.E.2d 64, 65 (2022).

know of pending title action in the US District Court over 300 days **before** the first case

was filed in the lower court. [3]

12.    Judge Mau erred, where Defendant admit there is no evidence of standing, no demand,

no contract and no proof of tender by admission and no rent to be paid, no legal claim of

standing, no harm to Defendants and **all** is affirmed and witnessed by Judge Mau (a

witness, recused and disqualified with liability), Brandy Brooks, October 26, 2022 and

January 6, 2023 and March 3, 2023, attorney Carson, attorney Chis York and Judge

Mau.   As of July 10, 2023 the order of July 17, 2023 over looked this major evidence

and admission as factually true.

13.    Judge Mau erred where Plaintiff Motions were not heard on July 10, 2023 and ruled in

secrecy days later and where order is silent and without statue or rule of law or a

pleading from Defendants with specificity on Plaintiff pleadings raised in Plaintiff

motions.  Silence is acquiescence.

14.    Judge Mau erred where Defendants admit to creating and or filing and or caused to

file and or conspired with others to execute **forged**, false documents into the land records

and court records in Fulton County Georgia.  The lower court relied on the forged

document. with judicial spoilage of court evidence and improper docket control, by

clerks failing to adhere to posting all docket entries by number on docket entries,

---

[3]   *June 29, 2023 | Law.Com S.C. Appellate Court: Magistrate Overstepped Bounds By Issuing Ruling Over Title To Property, Landlord-Tenant Relationship - " our reading of precedent convinces us the magistrate's jurisdiction ends as soon as it becomes clear that there is a challenge to title and the traditional landlord-tenant relationship does not exist," Judge Blake A. Hewitt concluded, with Judges Paula H. Thomas and Stephanie McDonald concurring.*

violating Plaintiff due process rights of law. As a result all claims of this verified removal as referenced above are subject to spoilage of records for potential appeal.

15.    Judge Mau erred where she witnessed, Defendant forged documents knowingly filed as counterfeit, a "knock off" (page 2 of forged Deed Under Power) and there is no lien satisfaction in the record, no affidavit, no corporate officer signature, no business articles, a void power of attorney, forged notary, identity theft, a violation of a permanent injunction as the basis of the fraud in this case.

16.    **Judge Mau made an egregious, malicious, deceitful, prejudice, unlawful, error, that is reversible and correctable by law. Judge Mau knew the third fraud case (22ed245190) in the lower court is the same issue with the same party(s), as case number one (Exhibit A – Fraud Case 1) and case number two (Exhibit B – Fraud Case 2), with Orders in favor of Plaintiff, not once but twice. The current order is void and unlawfully and deceitfully enter into the records to assist Defendants in fraud and unlawfully reset two prior cases and orders without an appeal, without statute, more than one year after the first dismissal and more than 200 days after the second dismissal.**

17.    **Plaintiff asserts fraud does exist and is known by all Defendants and even if fraud was not an issue on behalf of non judicial Defendants, the July 17, 2023 order is void and a new fraud it is now a new claim by Plaintiff.**

18.    **Plaintiff asserts the undisputed new fraud claim is therefore affirmed, Judge Mau is disqualified and in breach of judicial duties without an oath of office and bond. Exbibit H – Oath of office, no bond per Probate Office.**

19.    Plaintiff asserts the State of Georgia landlord tenant court have no right to deny
       Plaintiff civil rights.  This is a direct dishonor, interference, oppression and unlawful act
       against the judicial machinery and the courts to have a Magistrate judge denying Plaintiff
       constitutional rights to a jury trial FRCP rule rule 38 and a travesty of judice, for any
       court to believe that a court who was advised of criminal misconduct of alleged
       defendant agents, forcing a matter on an alleged Defendant in lower court even though
       the court's jurisdiction has been challenged which the court records attest to these facts
       by evidence, omission and admission.

20.    Plaintiff asserts, new evidence where the court has to acknowledge title 22 usc  where
       courts are fully aware of chapter 11 Congress has identified all public officers as foreign
       agents as this court itself is controlled under title 28 usc 3002, Section 15( A) which this
       court is fully aware, the US Court is a federal corporation and not government) including
       judicial procedural section also governed under US code, title 8 USC 1481 which also
       states "once oath of office is taken, citizenship is relinquished) thus one becomes a
       foreign entity, agency or state.   The court is aware this means every public office is a
       subdivision (ie. every single court and the courts personnel is considered a separate
       foreign entity).        Plaintiff asserts the records in the lower court and the docket entry
       and after Plaintiff  prevailed in court more than 270 days before  Plaintiff was summoned
       and threatened by the courts and where the Defendants who are the losing party are
       allowed to file new cases asserting the same false damage they lost which is now res
       judicata a nullity and fraud.   Defendants opened new cases before the appeal period
       expired to continue the abuse, assault and hostile persistence, where the lower court
       knowingly breached its duty.

21.    Defendants and its co-conspirators fraud includes intentionally filing concurrently, each "related case" overlapping one to the other to deceive the court and the Plaintiff. Defendant by and through its counsel used simultaneous open cases as a diversion to cover up that they never had jurisdiction and that they violated civil procedure. Defendants by and through its counsel, sent the courts and the Plainitff on an "assumption" expedition leading nowhere without ever filing an appeal, admitted by Chris York and Won Suk Seo on July 10, 2023 witnessed by Judge Mau.

22.    Defendants' intentional false expedition blocked Plaintiff from exercising civil, state constitution and US Constitution rights.

23.    Defendant fraud is confirmed as they violate 15 USC 1692 fair debt request for information relevant to this matter. The June 10, 2023 request for information was ignored by Defendant afforded the Defendants a third opportunity to place forged documents and decrees into the record, a federal crime under US DOJ actions to prevent false filings and chapter 4-10-10 these documents clearly fall un Rooker Feldman (1)(2)(3) fraud on court, deceit and deception on the court and agents of the courts mis application of court rules an egregious acts necessitating Plaintiff filing their actions as the stat of Georgia courts appear to be along with its agents assisting in a criminal actions and court abuse against Plaintiff in this case. [4]

24.    Plaintiff asserts Judge Mau erred where Chris York and alleged client, Won Suk Seo, Susan Property Management, while under oath as alleged corporate officers, admitted to its sophisticated scam and filing false documents July 10, 2023 and Plaintiff witnessed this fraud on the court that Defendants **did** have knowledge constructive notice of Plaintiff legal ownership of

---

[4] Rooker Felmand Doctrine etseq, puts a requirement on the court that courts agents be bonded and those who knowingly exceed legal jurisdiction and authority which is prevalent in lwer court cases a evidence by the court docket which is available o court online. The court cannot refute knowledge that Plaintiff is a victim of lower court actions and inactions and their deliberate mis application of law, by court personnel which assisted Defendant in this court (Plaintiff in lower Court) allowing these parties to engage in multiple direct fraud on the court and assault on machinery on the court.

property, which is a violation of the July 17, 2023 order.   Defendants gave false misleading

evidence to the court in pursuit of trying to obtain Plaintiff in this court (Defendant in lower

court) real property and assets using false judgment orders and decrees tot trick theis court into a

racketiitnf 15 USC 1692 statutory laws.   This is matter of public recird and evidenced by pulvic

record was willing and intent engaged in theft of property in this court and the lower court as

Plaintiff.

25.    Judge Mau appears to assist Defendants in their acts of fraud, where there is no valid oath

of office or bond or authority to detain Plaintiff for over 2 hours or to file any orders or to violate

prior orders of Judge Brooks.

26.     Plaintiff assets, Judge Mau erred, where Defendants in this court openly  admit

July 5,2022 - July 10, 2023, fact (1) these Defendants in this court had ample prior notice of

misapplication of law and statutes, yet they continually filed false claims against Plaintiff and

foreign entity(s) by acts or omission violate civil procedures at lease three times and did not

appeal or use appropriate procedure(s) to access any court in the state of Georgia for more than

370 days, where about 88 days was available to the Defendant to do so (not including the over

700 days available in federal court in related case 121cv03750).  The order of July 17 2023 is

void under the Void Order Judgment Doctrine of frivolous attempts to deceive the court and

Plaintiff for a third time.  Order and pleadings should be stricken form the record as they are

based on fraud on the court. The July 17, 2023, Order and judgment are void on its face.  See

Void Orders [5]

---

[5] People of Illinois v. Harvey, .I read section 2-1401, similar to Rule 60 of the Federal Rules of Civil Procedure (Fed. R. Civ. P. 60), as replacing traditional collateral proceedings as the proper vehicle for attacking **void** judgments. See Malone v. Cosentino, 99 Ill. 2d 29, 33 (1983) (final judgments can only be attacked on direct appeal, or in one of the traditional collateral proceedings now defined by statute). ... In light of these concerns, I believe the better course of action is simply to recognize that a motion for relief from a **void** judgment may be brought under section 2-1401 of the Code of Civil Procedure. This clarifies the basis of jurisdiction and provides the procedural mechanism for exercising the principle of law with which every member of this court agrees, i.e., that a motion attacking a **void** judgment may be brought at any time.

27.    Plaintiff asserts Judge Mau erred in the order of July 17, 2023, where there is no statute available to the courts where Defendant admit to tampering with evidence, misrepresentation of facts with an admitted theory of "assumption" about false documents relied on by Judge Mau referencing a bona fide sale, where the false Power of Attorney is revoked, there is no signature of Plaintiff on any document as seller and $746,000 disappeared from evidence admitted by Defendant under oath for a false "knock off transaction". [6]

28.    New information July 10, 2023, there is no safe venue in the state of Georgia to hear this matter because of admitted incidents of threats, stalking, harassment, trespass, oppression, slander by Defendants and its agents.

29.    Defendant(s) are complicit in the fraud as the order was based on documents never filed into the court record.


**SUMMARY**

Defendants are the same foreign entity in the void order and judgment who systemically received assistance and collaborated jointly to assist Defendants over 370 days to formulate its plan to gift itself and fellow officers of the court.

The perpetual scam to block Plaintiff and stifle discovery to expose Defendant elaborate malicious litigation to steal Plaintiff land and personal assets and systemically ban Plaintiff from access to a court of proper jurisdiction with evil intent, using retaliation, bullying, discrimination, bias, threats, oppression and emotional duress to damage and lure Plaintiff into a state of financial, emotional and physical incapacitation in plain site, is unconscionable and void as a matter of law.

---

[6] A void judgment is one which has a mere semblance but is lacking in some of the essential elements which would authorize the court to proceed to judgment, Henderson v. Henderson, 59 S.E.2d 227, (N.C. 1950). Also see attachment enclosed.

**Count 1 – Evidence Tampering**

Nancy Mau, Chris York, Won Suk Seo, Wanda Adams, Daniel Seo claim to have knowledge or evidence of checks/cash as referenced in the order July 17, 2023.

      a.  Defendants admitted under oath there are no checks. There is no evidence of any checks or cash in the amount of $746,000 on the record.

      b.  Defendants evidence of a sale of Defendant property is not on the record.

      c.  Defendants evidence of a legal deed is not on the record.

      d.  Defendant evidence of legal standing as a party of interest to Plaintiff property and or any Plaintiff assets is not on the record.

      e.  Defendants and officer of the court disclosure of jurisdiction is not on the record.

      f.  Defendants do not dispute with evidence, authorization for use of Plaintiff identity on the record.

      g.  Defendants do no show autjrotizations for a change of Plainitff address on the record.

**Count 2 – Identity Theft**

Plaintiff new evidence incorporated under 15 USC 1692(g) fair debt collection, is absent of compliance and affirms contaminated spoilage, fraud and egregious violations of court and judicial proceedings as Defendants has not one scintilla of legal evidence of compliance of the law or compliance of fair debt collection statutes in defiance of federal bankruptcy law.

**Count 3 – Forgery**

      a.  Plaintiff identity theft is forgery and fraud under state and federal law.

b.  Notary laws in Arizona govern Defendant acts for an offense of moral turpitude ethics
    and failure to provide information pursuant to A.R.S. § 41-331, and A.R.S. § 41-330, 2.

c.  Defendants claim is forgery where Plaintiff image is used for summons, unlawful detainment, filing forged
    documents in public records, forged images with US mail and forged government forms under state and
    federal law.

## Count 4 – Lack of Jurisdiction

a.  Plaintiff has a right to face offenders who admit to no standing to bring an action to any court

c.  Pursuant to statues as codified under fedr 28 USC 1602-1611 (foreign Sovern immunities
    act), the jurisdiction of the court  can be challenged for determination  as to its legal jurisdiction
    and authority which must be stated prior to proceedings and responded to in writing.

## Count 5 –  Jury Trial

Plaintiff has experienced serial violation of Civil, State and US Constitution Rights,  and Due

Process.  Plaintiff has right to jury trial and face offenders who make false claims an to protect

life, liberty and property under FRCP rule 38 a superior right to any corporation of court or

government. [7]

## Count 6 – Unlawful Detainment

Plaintiff was summoned to court more than five times where the state courts nor the federal court

ever had no jurisdiction and deliberately failed to disclose is alleged jurisdiction over the

Plaintiff or the subject matter.  Defendants never had any standing, no proof of interest in

Plaintiff property or any assets.   This fact has never been contested with evidence by

Defendants.

a.  Judge Mau unlawfully held Plaintiff in court about 2 hours, knowing she was in breach of her

---

[7] Traguth v. Zuck, 710 F.2d 90

oath of office and without a bond.

b. Plaintiff medical condition, finances, identity is further damages Plaintiff by the unlawful

detainment, events.

## Count 7 – Stalking

Defendants, including officers of the courts admit to and or witnessed, Chris York, Won Suk

Seo, Jeffrey Daniels acknowledgement that Jeffery Daniels is being paid "a lot of money" to

stalk Plaintiff at her home, July 10, 2023. Daniel Seo admits by affidavit, he is "familiar" with

the Plaintiff home and area where Plaintiff lives.

## Count 8 – Violation of Federal Permanent Injunction

Defendants and officers of the court violate federal rule **11 USC 524 (a)(2),** where Defendants

misrepresent themselves as debt collectors to steal Plaintiff private property and Plaintiff assets.

Plaintiff is discharged of debts with no proof of claim or disputed claims in 2019.

## Count 9 – Violation Due Process, Civil Rights

Defendant fails to plead any claim that prevents Plaintiff from due process

c. The courts in Georgia fail to state with statute and specificity any authority it has to prevent

Plaintiff demand for due process by law

d. Officers of the court and Defendants fail to state on the record under oath or affidavit under

penalty of perjury, its legal right to file a claim in any court against Plaintiff

e. Officers of the court fail to claim its authority to delay, deny, interfere with Plaintiff due

process

**PRAYER FOR RELIEF**

Plaintiff comes to this court having noticed the state courts in Georgia that due to the fact that Georgia's court system has shown itself incapable of operating in a manner consistent with the rule of law both State and Federal and the protecting the legal rights and liberties of the good citizens in the state of Georgia consistent with the supreme laws of the state of Georgia and the codified superior laws outlined under United States code annotated as the rule of law which all courts have duty to obey and assure that all parties appearing in court proceedings are protected under our state and federal constitutions incorporate bills of right and rule of law now necessitates filing in this court to preserve pledges legal and civil rights under 42 USC 1983 code statute law, which are in breach of contract.

**Plaintiff respectfully prays for;**

1. Jury trial – Pursuant to rule 38,

2. A minimum 6 months discovery,

3. Damages – A minimum, treble punitive, general and compensatory as determined at trial,

4. Order removal of all false records, forged documents filed September 27, 2023, June 11, 2011, October 6, 2005 from land records that cloud Plaintiff title,

5. Grant Restraining Order – Void order order of July 17, 2023 and cease and desist, permanent stay of any action latest landlord tenant court case 22ed245190, and stop any access to Plaintiff person, Plaintiff property, identity, any assets and removal of forged documents referenced in item #5, above,

6. Allow expansion of this case as allowed by law,

7. Grant Plaintiff right to all documents (certified) under 15 USC 1692(g) in 10 days of summons previously requested, June 10, 2023,

8. Permanently stop any action for stalking, harassment, writ, as Plaintiff property has not been sold or assigned but forged, stolen, accessed by, identity theft, where stalking and threats has occurred, allowing Defendants to breach the law, as no court has disclosed its jurisdiction over the Plaintiff or the subject

9. Grant Plaintiff damages for attempted property theft, forgery, identity theft, OCGA 16-9-22 attempting or conspiring to commit identity fraud[8] a minimum of treble with final amount determined at trial,

10.   Grant emergency injunction and restraining order halting all proceedings in Georgia,

11.   Grant Plaintiff request for Defendants to preserve all be court proceedings in the state of Georgia including all motions pleadings and papers judgments orders, audio, video, handwritten notes, text massages, emails and decrees be preserved for appeal under FRCP rule 10 (C).

12.   Grant damages against the named corporate officers and agents in the amount of $10 million dollars plus whatever amount of punitive and exemplary damages the jury may award based on the evidence presented which is now all a matter of court records in the state of Georgia's judicial system state and federal,

13. Any and all other relief as appropriate by this court.

Respectfully submitted, July 23, 2023

Janet Hill
543 Auburn Avenue
Atlanta, GA 30312
404-861-6036
All Rights Reserved

17

## CERTIFICATE OF SERVICE

I hereby certify that I have served parties below with a true and correct copy of the attached by depositing the same in the United States Postal Service with adequate postage thereon to the following addresses and/or Electronic Service:

WON SUK SEO
SUSAN PROPERTY MANAGEMENT
FOREIGN ENTITY
3300 STONEHAM
DULUTH, GA 30097

CHRIS YORK
FOREIGN ENTITY
YORK GASKILL
1815 SATELLITE
SUITE 404
DULUTH, GA 30097

NANCY MAU
FOREIGN ENTITY
136 PRYOR STREET
ATLANTA, GA 30303

DANIEL SEO
FOREIGN ENTITY
VIRTUAL PROPERTIES REALTY
2750 PREMIER PKWY
SUITE 200
DULUTH, GA 30097

JEFFREY DANIELS
FOREIGN ENTITY
1230 PEACHTREE STREET
PROMENADE II
SUITE 1900
ATLANTA, GA 30309

WANDA ADAMS
FOREIGN ENTITY
16030 S. 47th St
PHOENIZ, AZ 85048

Submitted August 1, 2023

Janet Hill
543 Auburn Avenue
Atlanta, GA 30312
All Rights Reserved

Page 4