## ATTACHMENT A– VOID JUDGEMENT REFERENCE

**Void judgment** which is subject to collateral attack, is simulated judgment devoid of any potency because of jurisdictional defects, Ward. v. Terriere, 386 P.2d 352 (Colo. 1963). A void judgment is a simulated judgment devoid of any potency because of jurisdictional defects only, in the court rendering it and defect of jurisdiction may relate to a party or parties, the subject matter, the cause of action, the question to be determined, or relief to be granted, Davidson Chevrolet, Inc. v. City and County of Denver, 330 P.2d 1116, certiorari denied 79 S.Ct. 609, 359 U.S. 926, 3 L.Ed. 2d 629 (Colo. 1958).

Void judgment is one entered by court without jurisdiction of parties or subject matter or that lacks inherent power to make or enter particular order involved; such judgment may be attacked at any time, either directly or collaterally People v. Sales, 551 N.E.2d 1359 (Ill.App. 2 Dist. 1990).

Res judicata consequences will not be applied to a void judgment which is one which, from its inception, is a complete nullity and without legal effect, Allcock v. Allcock, 437 N.E.2d 392 (Ill.App.3 Dist. 1982).

Void judgment is one which, from its inception is complete nullity and without legal effect, Marriage of Parks, 630 N.E.2d 509 (Ill.App. 5 Dist. 1994).

Void judgment is one entered by court that lacks the inherent power to make or enter the particular order involved, and it may be attacked at any time, either directly or collaterally; such a judgment would be a nullity. People v. Rolland, 581 N.E.2d 907 (Ill.APp. 4 Dist. 1991).

Void judgment under federal law is one in which rendering court lacked subject matter jurisdiction over dispute or jurisdiction over parties or acted in manner inconsistent with due process of law or otherwise acted unconstitutionally in entering judgment, U.S.C.A. Const. Amend. 5, Hays v. Louisiana Dock Co., 452 N.E.2d 1383 (Ill App. 5 Dist. 1983).

A void judgment has no effect whatsoever and is incapable of confirmation or ratification, Lucas v. Estate of Stavos, 609 N.E.2d 1114, rehearing denied, and transfer denied (Ind. App. 1 Dist. 1993).

Void judgment is one that from its inception is a complete nullity and without legal effect Stidham v. Whelchel, 698 N.E.2d 1152 (Ind. 1998).

Relief from void judgment is available when trial court lacked either personal or subject matter jurisdiction, Dusenberry v. Dusenberry, 625 N.E.2d 458 (Ind.App. 1 Dist. 1993).
Void judgment is one rendered by court which lacked personal or subject matter jurisdiction or acted in manner inconsistent with due process, U.S.C.A. Const. Amends. 5, 14, Matter of Marriage of Hampshire, 896 P.2d 58 (Kan.1997).

Judgment is void if court that rendered it lacked personal or subject matter jurisdiction; void

18

judgment is nullity and may be vacated at any time, Matter of Marriage of Welliver, 869 P.2d 653 (Kan. 1994).

A void judgment is one rendered by a court which lacked personal or subject matter jurisdiction or acted in a manner inconsistent with due process, In re. Estate of Wells, 983 P.2d 279, (Kan.App. 1999).

Void judgment is one rendered in absence of jurisdiction over subject matter or parties, 310 N.W.2d 502, (Minn. 1981).

A void judgment is one rendered in absence of jurisdiction over subject matter or parties, Lange v. Johnson, 204 N.W.2d 205 (Minn. 1973).

A void judgment is one which has merely semblance, without some essential element, as when court purporting to render it has no jurisdiction, Mills v. Richardson, 81S.E.2d 409 (N.C. 1954).

A void judgment is one which has a mere semblance but is lacking in some of the essential elements which would authorize the court to proceed to judgment, Henderson v. Henderson, 59 S.E.2d 227, (N.C. 1950).

**ATTACHMENT B**

Fulton County Magistrate Court
**E-FILED***AC
Date: 11/30/2022 9:38 AM
Chelena Robinson, Clerk
22ED245190

**MAGISTRATE COURT OF FULTON COUNTY**
PROCEEDINGS AGAINST TENANT HOLDING OVER

SUSAN PROPERTY MANAGEMENT, LLC
c/o York Gaskill LLC
1815 Satellite Blvd., Ste. 404, Duluth, GA 30096
PLAINTIFF'S NAME, ADDRESS & PHONE NO.

vs.

JANET HILL AND ALL OTHER OCCUPANTS
543 Auburn Avenue, NE
Atlanta, GA 30312

DEFENDANT'S NAME & ADDRESS

Christopher J. York, Esq.
York Gaskill, LLC
1815 Satellite Boulevard, Suite 404
Duluth, GA 30097    (770) 817-4...
PLAINTIFF'S ATTY: NAME, ADDRESS & PHONE

1. Defendant is in possession as Tenant of premises at the address in Fulton County as stated.
2. Plaintiff/Affiant is the ( ) Owner ( X ) Attorney ( ) Agent ( ) Lessee of the owner of said Premises.
3. Tenant:
   ( ) fails to pay the rent which is now past due.
   ( ) Holds the premises over and beyond the term for which they were rented or leased to him.
   ( X ) other grounds: Plaintiff wishes to regain possession of the premises

4. Plaintiff desires and has demanded possession of the premises.
5. Defendant has failed and refused to deliver possession of the premises.
WHEREFORE, Plaintiff DEMANDS (check and complete all that apply):
(a) Possession of the premises.
(b) Past due rent of $_____ for the month(s) of _____
(c) Rent accruing up to the date of judgment or vacancy at the rate of $_____ per _____
(d) other: Plaintiff purchased the property with cash at the Fulton foreclosure sale on July 5, 2022. ...
... to Defendant. A copy of the Deed Under Power recorded in the Superior Court records is attached as ...

Sworn to and subscribed on Oct. 31, 2022.

_Signature of Affiant_
Christopher J. York, Esq. GA Bar No. 781012
Name of Affiant (Print or Type)
(770) 817-4939 chrisyork@yorkgaskill.com
Phone Number / Email Address

Witness the Honorable Chief Judge ... affidavit was sworn to and subscribed undersigned Deputy Clerk by ... $44-7.50 and summons issued ...

**SUMMONS**

TO THE CONSTABLE MARSHAL OF FULTON COUNTY or lawful deputies and to Sheriff of Fulton County of his lawful deputies ...

10/31/2022 3:04 PM

This _____ day of _____, 2022.    _Jeanne Cook_    DEPUTY CLERK

**CONSTABLE MARSHAL ENTRY OF SERVICE**

I have served the foregoing affidavit & summons on the Defendant(s) by delivering a copy of same: ( ) Personally ( ) Notoriously ...
... by posting a copy to the door of the premises & depositing a copy in the U.S. Mail ...

DATE OF SERVICE: NOV 11, 2022
DEFENDANT TO FILE ANSWER ON OR BEFORE: NOV 28, 2022

**WRIT OF POSSESSION**
You are hereby commanded to remove said Defendant(s) together with his property thereon from said house and premises and to deliver full and quiet possession of same to Plaintiff herein.

The _____
PER ORDER DATED _____    JUDGE
TENANT: ( ) VACATED ( ) EVICTED ( ) SETTLED W/ PLAINTIFF ( ) HELD UP ( ) LABOR
DATE _____    DEPUTY MARSHAL